# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| TERESITA GARCIA, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> AXXESS TECHNOLOGY SOLUTIONS INC., <br><br> *Defendant*, <br><br> _____ | **CLASS ACTION** <br><br><br> CIVIL ACTION NO. 3:19-cv-02948-S |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Teresita Garcia, and Defendant, Axxess Technology Solutions Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Teresita Garcia, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: February 26, 2020

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
*/s/ Angelica M. Gentile*
Angelica M. Gentile, Esq.
Texas Bar No. 24112322

agentile@shamisgentile.com
14 NE 1st Avenue, Suite 1205
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff Teresita Garcia*


/s/ *Chris Groves*
Christopher Groves
Texas State Bar. No. 00793862
**EGAN NELSON LLP**
2911 Turtle Creek Blvd., Suite 1100
Dallas, Texas 75219
Phone: (214) 628-9500
Facsimile: (214) 628-9505
chris.groves@egannelson.com

*ATTORNEY FOR DEFENDANT AXXESS TECHNOLOGY SOLUTIONS INC.*

### CERTIFICATE OF SERVICE

  I hereby certify that on February 26, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

            /S/<u>Angelica M. Gentile</u>
            Angelica M. Gentile, Esq.
            Florida Bar # 101754